**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HARRY MULLEN,**<br>        **Plaintiff,**<br><br>        **v.**<br><br>**NORFOLK SOUTHERN RAILWAY COMPANY,**<br>        **Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 13-6348** |

**O R D E R**

**AND NOW**, this 9th   day of June 2014, upon consideration of Defendant's Motion for

Certification and Amendment of Order Pursuant to 28 U.S.C. Section 1292(b) and for a Stay of

Proceedings Pending Appeal, filed on May 6, 2014 (ECF 16); Plaintiff's response thereto, filed on

May 20, 2014 (ECF 17); and Defendant's Reply in Support of its Motion, filed on May 30, 2014

(ECF 18), and for the reasons set forth in the accompanying memorandum, it is hereby

**ORDERED** that Defendant's Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Caitlin\Civil\13-6348 (Mullen)\2014.6.9 Order Denying Mot for Certification.docx